[No. 12603–6–II.   Division Two.   November 15, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LUCIANO S. RODRIGUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 88–1–00274–9, Michael G. Spencer, J., entered February 8, 1989. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.

[Nos. 10231–9–III; 10232–7–III.   Division Three.   November 15, 1990.]

*In the Matter of the Dependency of*
M.J.C., ET AL.

CHRISTINA C., *Appellant,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeals from a judgment of the Superior Court for Chelan County, No. 86–7–00049–9, Peter Young, J. Pro Tem., entered August 7, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and Shields, J.

[No. 9953–9–III.   Division Three.   November 15, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DARIN TROY KAPALO, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 88–1–00259–5, Evan E. Sperline, J., entered April 14, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson and Shields, JJ.